| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>---------------------------------------------------------------X<br><br>UNITED STATES OF AMERICA<br><br>   v.<br><br><br>JOSE ROMAN,<br><br>   Defendant.<br>---------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: May 22, 2020 |

16-CR-311 (KMW)
**ORDER**

KIMBA M. WOOD, District Judge:

   Defendant Jose Roman moves to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of the COVID-19 pandemic. (ECF No. 423.)

   No later than May 29, 2020, the Government shall respond to Defendant's motion. With its response, the Government shall provide the following information, after conferring with the Bureau of Prisons ("BOP") and the United States Probation Office as appropriate:

1. Whether the Government opposes Defendant's motion;

2. The BOP's assessment of the factors listed in the Attorney General's Memorandum for Director of Bureau Prisons dated March 26, 2020 as they pertain to Defendant; who, if anyone, at the BOP assessed Defendant's risk factors for severe COVID-19 illness; and upon what specific information that person's assessment was made;

3. The criteria used by the BOP to decide whom to test for COVID-19 at FCI Danbury, where Defendant resides;

4. Approximately how many tests for COVID-19 have been conducted at FCI Danbury;

5. The number of inmates and staff who have tested positive and the number of inmates and staff who have tested negative for COVID-19 at FCI Danbury, both as absolute numbers and as a percentage of the total population of inmates and staff at FCI Danbury;

6. Whether Defendant has been in close proximity to any inmate or staff member who has tested positive for COVID-19;

7. The Government's assessment of the factors set forth in 18 U.S.C. § 3553(a) as they pertain to Defendant;

8. Defendant's disciplinary record in prison, risk of recidivism, risk of violence, and any changes to the conditions of supervised release that should be made in the event Defendant is released;

9. Upon what specific facts and information the BOP relied in denying Defendant's compassionate release application; the date on Defendant's application to the BOP for compassionate release; and the date that Warden Easter received Defendant's application to the BOP for compassionate release;

10. Whether the BOP has considered or intends to consider Defendant for home confinement or furlough; by what date the BOP expects to make a determination regarding home confinement or furlough; and upon what specific information the BOP's determination will rely.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant at the following address:

Jose Roman, Reg. No. 67754-018
FCI Danbury
Route 37
Danbury, CT 06811

SO ORDERED.

Dated: New York, New York
      May 22, 2020

          /s/ Kimba M. Wood
         KIMBA M. WOOD
      United States District Judge